IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02091 (RPM)

BRENDA K. PAGE,

            Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

            Defendant.

**UNOPPOSED MOTION TO MODIFY ORDER SETTING SCHEDULING CONFERENCE REGARDING F.R.C.P. 26(f) and 26(a)(1)**

THIS MATTER having come before this Court upon the Unopposed Motion to Modify Order Setting Scheduling Conference Regarding F.R.C.P. 26(f) and 26(a)(1), and the files and records herein;

THE COURT DOES FIND that the extended discovery deadlines are reasonable; and

IT IS HEREBY ORDERED, that this Unopposed Motion is GRANTED. The F.R.C.P. 26(f) deadline is set for December 6, 2006 and the F.R.C.P. 26(a)(1) deadline is December 13, 2006.

DATED this 28 day of November, 2006.

            BY THE COURT:

            _____
            U.S. DISTRICT COURT JUDGE