# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02091-RPM

---

BRENDA K. PAGE,

                          Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                          Defendant.

---

## ORDER GRANTING DISMISSAL WITH PREJUDICE

---

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay her or its own costs.

DATED at Denver, Colorado, this 30th day of October, 2007.

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          U.S. DISTRICT COURT JUDGE